IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Michael Woodruff, # 275658, | ) | C/A No. 5:12-344-RMG-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| William Byars, Director; | ) | |
| Warden Edsel Taylor; | ) | |
| IGC Georgina Ramey; | ) | |
| HCA Darnell Harrison; | ) | |
| Dr. G. Amonitti, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss on April 19, 2012. ECF No. 33. As Plaintiff is proceeding pro se, the court entered an order on April 19, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion to dismiss and of the need for him to file an adequate response. ECF No. 35. Plaintiff was informed that his response was due by May 24, 2012, and was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Plaintiff has yet to file a response to Defendants' motion to dismiss. Although Plaintiff filed two motions to seek outside medical assistance, as well as a motion to appoint counsel, ECF Nos. 3, 25, 27, those motions did not provide any substantive response to Defendants' motion. Further, the court denied those motions. *See* ECF No. 41.

As originally noted in the court's *Roseboro* Order of April 19, 2012, Plaintiff is again reminded that if he fails to respond adequately to Defendants' motion, the court may grant their motion, which may end Plaintiff's case. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion to dismiss by **June 14, 2012**. Plaintiff is further advised that if he fails to

respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

June 1, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge